Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK ENGINEERING, INC., a California corporation;<br><br>Defendant. | Case No.: CV10-2303 JCS<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     September 3, 2010<br>Time:    1:30 p.m.<br>Ctroom: A, 15th Floor<br>            Hon. Joseph C. Spero |

Plaintiffs Laborers Trust Funds filed their Complaint For Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For A Mandatory Injunction ("Complaint") against Defendant Peak Engineering, Inc. on May 26, 2010 seeking to recover employee fringe benefit contributions on behalf of Peak Engineering, Inc.'s covered employees. The Complaint was served on defendant Peak Engineering, Inc. on June 25, 2010.

Peak Engineering, Inc. failed to file a responsive pleading.

1 On August 27, 2010 Plaintiffs filed their Request for Clerk's Entry of Default. Plaintiffs intend to proceed via a motion for default judgment. Plaintiffs anticipate that the motion will be filed within the next 45 days.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for 45 days to allow sufficient time for the filing of a motion for default judgment.

DATED: August 27, 2010

                                          BULLIVANT HOUSER BAILEY PC

By _____
      Ronald L. Richman
      Susan J. Olson

      Attorneys for Plaintiffs

### ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to October 22, 2010, Courtroom A, 15th Floor at 1:30 p.m.

DATED: August 30, 2010

By _____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

12782705.1