UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PEAK ENGINEERING, INC.,<br><br>　　　　Defendant. | Case No: C 10-2303 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge regarding Plaintiffs' Motion for Default Judgment,

　　　IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiffs. The Clerk shall close the file and terminate any pending matters.

　　　IT IS SO ORDERED.

Dated: 1/31/11

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge